# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY ADDUCCI,<br><br>          Plaintiff,<br><br>     v.<br><br>KELLY HARRINGTON, et al.,<br><br>          Defendants.<br>_____/ | CASE NO. 1:07-cv-00762-AWI-SMS PC<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>(Doc. 13) |

Plaintiff Anthony Adducci ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on May 24, 2007, and the Court dismissed his complaint, with leave to amend, for failure to state a claim on April 16, 2008. Plaintiff filed an amended complaint on May 8, 2008. Because Plaintiff's allegations suggested he failed to exhaust in compliance with 42 U.S.C. § 1997e(a), the Court ordered Plaintiff to show cause why this action should not be dismissed on October 7, 2008. Plaintiff filed a response on October 31, 2008.

Based on Plaintiff's contention that he file numerous inmate appeals that were lost, Plaintiff may, at the pleading stage, proceed with his amended complaint. See Moore v. Bennette, 517 F.3d 717, 725 (4th Cir. 2008) ("[A]n administrative remedy is not considered to have been available if a prisoner, through no fault of his own, was prevented from availing himself of it.")

///
///
///
///

1

The order to show cause filed on October 7, 2008, is HEREBY DISCHARGED.

IT IS SO ORDERED.

**Dated:     December 15, 2008**                    /s/ Sandra M. Snyder
                                                                                  UNITED STATES MAGISTRATE JUDGE