1

2

3

4

5

6

# UNITED STATES DISTRICT COURT

7

EASTERN DISTRICT OF CALIFORNIA

8

9   ANTHONY ADDUCCI,                          CASE NO. 1:07-cv-00762-AWI-SMS PC

10                Plaintiff,                ORDER DENYING MOTION TO STAY, AND
                                          GRANTING THIRTY DAY EXTENSION OF

11       v.                               TIME TO FILE OBJECTION

12   KELLY HARRINGTON, et al.,            (Doc. 17)

13              Defendants.

14   _____/

15       Plaintiff Anthony Adducci ("Plaintiff") is a former state prisoner proceeding pro se in this

16 civil rights action pursuant to 42 U.S.C. § 1983.  On December 16, 2008, the Court recommended

17 that Plaintiff's official capacity claims and substantive due process claim be dismissed, and this

18 action proceed on Plaintiff's personal capacity claims for violation of the Eighth Amendment.  On

19 December 29, 2008, Plaintiff filed a motion seeking to stay this action to obtain legal counsel.

20       Plaintiff's argument in his motion that the Eleventh Amendment does not bar his official

21 capacity claims for money damages is without merit.  Hydrick v. Hunter, 500 F.3d 978, 986-87 (9th

22 Cir. 2007).  There is no question that Plaintiff may only proceed on his personal capacity claims.

23 Id.  The Court will provide Plaintiff with an extension of time to file an objection to the

24 recommendation, but there are no grounds justifying a stay in this action.

25 ///

26 ///

27 ///

28 ///

1

1    Plaintiff's motion to stay is HEREBY DENIED, and Plaintiff is GRANTED a thirty-day

2  extension of time to file an objection.

3

4  IT IS SO ORDERED.

5  **Dated:    January 6, 2009**                          **/s/ Sandra M. Snyder**
                                                UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28