IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY ADDUCCI, | 1:07-cv-00762-AWI-SMS (PC) |
| Plaintiff, | **ORDER GRANTING PLAINTIFF ONE FINAL THIRTY-DAY EXTENSION OF TIME TO FILE AN OBJECTION** |
| vs. | |
| KELLY HARRINGTON, et al., | (Doc. 19) |
| Defendants. | **NO FURTHER EXTENSIONS OF TIME WILL BE GRANTED** |

On February 3, 2009, Plaintiff filed a motion seeking an extension of time to file an Objection to the Findings and Recommendations filed on December 16, 2008. Plaintiff was released on parole and has been unsuccessfully seeking an attorney to represent him in these proceedings.

The Court will grant Plaintiff one final thirty-day extension of time to file an Objection. As previously noted, the claims the Court has recommended dismissing fail as a matter of law. Because there is no merit to the claims, no further extensions of time to object will be granted.

Accordingly, Plaintiff is HEREBY GRANTED **one final thirty-day extension of time** to file an Objection.

IT IS SO ORDERED.

Dated:   February 6, 2009                    /s/ Sandra M. Snyder
                                             UNITED STATES MAGISTRATE JUDGE