# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY ADDUCCI, | CASE NO. 1:07-cv-00762-AWI-SMS PC |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DISMISSING CERTAIN CLAIMS FROM ACTION |
| v. | |
| KELLY HARRINGTON, et al., | (Docs. 12 and 16) |
| Defendants. | |

Plaintiff Anthony Adducci is a former state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On December 16, 2008, the Magistrate Judge filed a Findings and Recommendations recommending dismissal of certain claims from this action. Plaintiff was notified he had thirty days within which to file any objections. On February 6, 2009, the Court granted Plaintiff's motion for a thirty-day extension of time to object. More than thirty days have passed, and no Objection has been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed December 16, 2008, is adopted in full;

///

1

2. This action shall proceed as one for damages on Plaintiff's amended complaint, filed May 8, 2008, against Defendants Lawless, Christian, Brocket, and Sandoval in their personal capacities for violation of the Eighth Amendment;

3. Plaintiff's official capacity claims are dismissed;

4. Plaintiff's Fourteenth Amendment substantive due process claim is dismissed; and

5. This matter is referred back to the Magistrate Judge for further proceedings.

IT IS SO ORDERED.

Dated:   April 16, 2009                        /s/ Anthony W. Ishii
                                        CHIEF UNITED STATES DISTRICT JUDGE