# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY ADDUCCI,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KELLY HARRINGTON, et al.,<br><br>　　　　　Defendants.<br>　　　　　　　　　　　　　　　／ | CASE NO. 1:07-cv-00762-AWI-SMS PC<br><br>ORDER AUTHORIZING SERVICE OF AMENDED COMPLAINT, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS<br><br>(Doc. 12) |

Plaintiff Anthony Adducci is proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Pursuant to the Court's screening order of April 17, 2009, 28 U.S.C. § 1915A, this action is proceeding on Plaintiff's amended complaint against Defendants Lawless, Christian, Brocket, and Sandoval in their personal capacities for violation of the Eighth Amendment,[1] Fed. R. Civ. P. 8(a); Erickson v. Pardus, 127 S.Ct. 2197, 2200 (2007); Alvarez v. Hill, 518 F.3d 1152, 1157-58 (9th Cir. 2008). Accordingly, it is HEREBY ORDERED that:

　　1.　　Service is appropriate for the following defendants:

**CPT. LAWLESS**

**LT. CHRISTIAN**

**LT. BROCKETT**

**C/O SANDOVAL**

///

---

[1] Plaintiff's official capacity claims and substantive due process claim were dismisssed.

1

2. The Clerk of the Court shall send Plaintiff four (4) USM-285 forms, four (4) summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the amended complaint filed May 8, 2008.

3. Within **thirty (30) days** from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

   a. Completed summons;

   b. One completed USM-285 form for each defendant listed above; and

   c. Five (5) copies of the endorsed amended complaint filed May 8, 2008.

4. Plaintiff need not attempt service on Defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

**Dated:   April 27, 2009**             /s/ Sandra M. Snyder
                                        UNITED STATES MAGISTRATE JUDGE