# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY ADDUCCI,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>KELLY HARRINGTON, et al.,<br><br>　　　　Defendants.<br>_____/ | CASE NO. 1:07-cv-00762-AWI-SMS PC<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE<br><br>(Doc. 22)<br><br>FIFTEEN-DAY DEADLINE |

　　Plaintiff Anthony Adducci, a former state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on May 24, 2007. On April 27, 2009, the Court issued an order authorizing service of Plaintiff's amended complaint, and requiring Plaintiff to fill out and return the USM-285 forms and summonses within thirty days. More than thirty days have passed and Plaintiff has not complied with or otherwise responded to the Court's order.

　　Accordingly, (1) within **fifteen (15) days** from the date of service of this order, Plaintiff shall show cause why this action should not be dismissed for failure to prosecute, and (2) the failure to file a response to this order will result in dismissal of this action.

IT IS SO ORDERED.

**Dated:　June 30, 2009**　　　　　　　　　　/s/ Sandra M. Snyder
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1