# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY ADDUCCI, | CASE NO. 1:07-cv-00762-AWI-SMS PC |
| Plaintiff, | ORDER GRANTING MOTION AND DIRECTING CLERK'S OFFICE TO RE-SERVE ENCLOSURES |
| v. | |
| KELLY HARRINGTON, et al., | (Doc. 32) |
| Defendants. | |

On April 27, 2009, the Court issued an order finding service of Plaintiff's amended complaint and forwarding USM-285 forms and summonses to Plaintiff for completion and return. The Court directed the Clerk's Office to re-serve the order and enclosures on September 3, 2009. On October 19, 2009, Plaintiff filed a motion seeking re-service of the enclosures, which did not arrive with the order.

Accordingly, Plaintiff's motion is GRANTED, and the Clerk's Office is DIRECTED to send the following documents to Plaintiff with this order:

1. Four (4) USM-285 forms;
2. Four (4) summonses; and
3. A Notice of Submission of Documents form, an instruction sheet, and a copy of the amended complaint filed May 8, 2008.

IT IS SO ORDERED.

**Dated:   October 23, 2009**          /s/ Sandra M. Snyder
                                                         UNITED STATES MAGISTRATE JUDGE

1