# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY ADDUCCI,<br><br>            Plaintiff,<br><br>    v.<br><br>KELLY HARRINGTON, et al.,<br><br>            Defendants.<br>_____/ | CASE NO. 1:07-cv-00762-AWI-SMS PC<br><br>ORDER DENYING UNITED STATES MARSHAL'S REQUEST FOR REIMBURSEMENT OF COSTS INCURRED IN EFFECTING PERSONAL SERVICE ON DEFENDANT LAWLESS<br><br>(Doc. 50)<br><br>ORDER DIRECTING CLERK'S OFFICE TO SERVE ORDER ON MARSHAL'S SACRAMENTO OFFICE |

On July 16, 2010, the United States Marshal filed a request seeking reimbursement of the costs incurred in effecting personal service on Defendant Lawless. Fed. R. Civ. P. 4(d)(2). (Doc. 50.) Defendant Lawless made an appearance in this action on March 24, 2010, by filing a motion to dismiss. (Doc. 41.) The summons and complaint were forwarded from the Sacramento Marshal's Office to the Fresno Marshal's Office for personal service on June 14, 2010, and personal service was effected on June 24, 2010. (Docs. 50, 51.)

Because Defendant Lawless made an appearance in this action prior to the initiation of the personal service process, the Marshal's request for reimbursement of costs is HEREBY DENIED. The Clerk's Office is DIRECTED to serve a copy of this order on the Marshal's Sacramento Office.

IT IS SO ORDERED.

Dated:    November 24, 2010             /s/ Sandra M. Snyder
                                        UNITED STATES MAGISTRATE JUDGE