# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY ADDUCCI,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>KELLY HARRINGTON, et al.,<br><br>　　　　Defendants.<br>_____/ | CASE NO. 1:07-cv-00762-AWI-SMS PC<br><br>APPEAL NO. 11-15310<br><br>ORDER DIRECTING CLERK OF THE COURT TO SERVE NINTH CIRCUIT WITH SUPPLEMENT TO MOTION FOR APPOINTMENT OF COUNSEL<br><br>(Doc. 66) |

　　In accordance with the Court's order filed on February 25, 2011, the Clerk of the Court is HEREBY DIRECTED to serve the supplement to Plaintiff's motion for the appointment of counsel on the Ninth Circuit. (Doc. 66.)

IT IS SO ORDERED.

**Dated:   March 1, 2011**　　　　　　　　　**/s/ Sandra M. Snyder**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1