# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY ADDUCCI, | CASE NO. 1:07-cv-00762-AWI-SMS PC |
| Plaintiff, | APPEAL NO. 11-15310 |
| v. | ORDER DENYING MOTION, AND DIRECTING CLERK'S OFFICE TO SERVE |
| KELLY HARRINGTON, et al., | COURTESY COPY ON NINTH CIRCUIT |
| Defendants. | (Doc. 67) |

On February 25, 2011, Plaintiff filed a motion requesting that transcripts at the government's expense be transmitted to the Ninth Circuit.  Attached to Plaintiff's motion is the Clerk's notice explaining to Plaintiff that the transcripts are ready and will be transmitted to the Ninth Circuit when requested by the Clerk's Office of the Ninth Circuit.

Because the transcripts will be transmitted electronically when requested by the appellate court, Plaintiff's motion is HEREBY DENIED.

IT IS SO ORDERED.

**Dated:    March 1, 2011**                          **/s/ Sandra M. Snyder**
                                                                    UNITED STATES MAGISTRATE JUDGE

1